IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**THOMAS GONZALEZ,**
**# C05967**

    **Plaintiff,**

v.                                                 Case No.  4:20cv25-MW/MAF

**STATE OF FLORIDA,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. This Court has also considered *de novo*, ECF Nos. 12 and 13, which this Court has construed as Plaintiff's objections to the Report and Recommendation. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted,** over the objections of Plaintiff, as this Court's opinion.  Plaintiff should have paid the appropriate fee or filed the appropriate paperwork to proceed in forma pauperis.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and

1

failure to comply with a Court Order. The pending motions, ECF Nos. 6 and 12, are **DENIED**." The Clerk shall also close the file.

**SO ORDERED on April 15, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**
